IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. FERRELL, Individually and
as Class Representative                                   PLAINTIFF

v.                        No. 5:17-cv-124-DPM

AIR EVAC EMS INC.,
d/b/a Air Evac Lifeteam                                   DEFENDANT

## ORDER

For the reasons stated on the record at today's hearing, Air Evac's motion to dismiss, № 5, is granted. The second amended complaint will be dismissed with prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

5 July 2017