IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. FERRELL, Individually and
as Class Representative                                    PLAINTIFF

v.                          No. 5:17-cv-124-DPM

AIR EVAC EMS INC.,
d/b/a Air Evac Lifeteam                                    DEFENDANT

## JUDGMENT

The second amended complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 July 2017